IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **WILLIE C. WILLIAMS,**<br><br>         Plaintiff,<br><br>v.<br><br>**MICHAEL J. ASTRUE, Commissioner,**<br><br>         Defendant. | Civil Action 7:10-CV-84 (HL) |

### ORDER

This case is before the Court on Plaintiff's Motion for Attorney's Fees Under the Equal Access to Justice Act (Doc. 17). Plaintiff seeks an attorney's fee award in the amount of $5,192.75, which consists of 29.05 hours of work at rates varying from $175.26 to $184.16 per hour, depending on the cost of living adjustment. The Commissioner does not oppose the award. Accordingly, the Motion for Attorney's Fees is granted. Plaintiff shall receive $5,192.75 in attorney's fees. These fees shall be paid directly to Plaintiff and delivered to Plaintiff's counsel.

**SO ORDERED**, this the 20th day of June, 2012.

         *s/ Hugh Lawson*
         **HUGH LAWSON, SENIOR JUDGE**

mbh